

# Fourth Court of Appeals
## San Antonio, Texas

June 10, 2016

No. 04-16-00327-CV

Maxine **ADAMS** and Cecil Adams,
Appellants

v.

Christopher A. **PRINE**,
Appellee

From the 269th District Court, Harris County, Texas
Trial Court No. 2014-35653-a
Honorable Dan Hinde, Judge Presiding

## O R D E R

This appeal was transferred to this court on May 26, 2016. On June 2, 2016, this court ordered the record from a prior appeal transferred to this appeal. The clerk's record which was transferred does not, however, contain additional documents filed and orders entered after the date of this court's December 9, 2015 decision in the prior appeal. Based on the documents filed in this appeal to date, the court believes a supplemental clerk's record must be filed containing: (1) the final judgment signed on February 19, 2016; (2) the order granting severance entered on February 19, 2016; (3) the order on motion to reconsider and void order to sever and order of severance and final judgment signed on April 26, 2016; (4) all motions and pleadings relating to the foregoing; and (5) the notice of appeal filed in cause number 2014-35653-A on May 3, 2016.

It is therefore ORDERED that appellants provide written proof to this court within two weeks of the date of this order that: (1) a supplemental clerk's record has been requested in writing designating the documents to be included; and (2) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee for the preparation of the supplemental clerk's record.

It is FURTHER ORDERED that appellants provide written proof to this court within two weeks of the date of this order that: (1) any supplemental reporter's records necessary for the resolution of this appeal have been requested in writing, *see* TEX. R. APP. P. 34.6(b)(1); and (2) the reporter's fee(s) has been paid or arrangements have been made to pay the reporter's fee(s) for the preparation of any such supplemental reporter's records.

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of June, 2016.

Keith E. Hottle
Clerk of Court